```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOAN KEDRA,                        :    CIVIL ACTION
                                   :    NO. 15-5223
        Plaintiff,                 :
                                   :
    v.                             :
                                   :
RICHARD SCHROETER,                 :
                                   :
        Defendant.                 :
```

## O R D E R

**AND NOW**, this **18th** day of **February, 2016**, for the reasons set forth in the accompanying memorandum, the following is hereby **ORDERED:**

(1) Defendant's Motion to Dismiss (ECF No. 5) is **GRANTED**. The case is **DISMISSED** with prejudice, and the clerk shall mark the case **CLOSED**.

(2) Defendant's Motion for Leave to File Reply (ECF No. 11) is **GRANTED**.

**AND IT IS SO ORDERED.**

**/s/ Eduardo C. Robreno**
**EDUARDO C. ROBRENO,    J.**

1